IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BRIAN M. CASEY,**
**DOC #139647,**

      **Plaintiff,**
v.                                                  **CASE NO. 4:14-cv-151-MW/CAS**

**CORIZON HEALTH SERVICES,**
**GEO CORPORATION, et al.,**

      **Defendants.**

_____/

**ORDER ACCEPTING**
**REPORT AND RECOMMENDATION**

This Court has considered the Magistrate's Report and Recommendation, ECF No.5, filed March 24, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 6, filed April 2, 2014. Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED** pursuant to 28 U.S.C. § 1915(g).  All other pending motions are denied **DENIED**

1

and this case is **DISMISSED without prejudice** to Plaintiff's refilling an action if Plaintiff simultaneously submits the $400.00 filing fee." The Clerk shall note on the docket lines this cause is dismissed pursuant to 28 U.S.C. § 1916(g). The Clerk shall close the file.

      **SO ORDERED on April 7, 2014.**

      <u>s/Mark E. Walker</u>
      **United States District Judge**